[Civil No. 494.]

A. BAUER et al., Appellants, v. EGID WAGNER et al., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.   J. D. Bethune, Judge.

Charles S. Clark, for Appellants.

A. R. English, for Appellees.

May 4, 1896.   Affirmed.

---

[Civil No. 521.]

P. T. BURTIS, Appellant, v. ROBERT FAULKNER et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.   A. C. Baker, Judge.

Damron & Crenshaw, for Appellant.

Millay & Bennett, for Appellees.

May 4, 1896.   Affirmed.

---

[Civil No. 503.]

JOHN SROUFE et al., Appellants, v. P. W. SMITH, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.   J. D. Bethune, Judge.

Barnes & Martin, for Appellants.

William Herring and Sarah I. Herring (of Counsel), for Appellee.

May 5, 1896.   Reversed.